UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DEBORAH DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2410MLM |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment is entered for Defendant Jo Anne B. Barnhart, the Commissioner of Social Security, and against Plaintiff Shirley A. Davis, and that Plaintiff's Complaint is **DISMISSED**, with prejudice. Doc. 3.

                                                                 /s/ Mary Ann L. Medler
                                                                 MARY ANN L. MEDLER
                                                                 UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of November, 2006.